```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:10-cr-00245 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING HEARING AND BRIEFING** |
| ) | **DEADLINES UNDERLYING SAME;** |
| v. ) | **ORDER** |
| ) | |
| ) | Date: November 12, 2010 |
| STEVEN RAY MILLER, ) | Time: 1:30 p.m. |
| ) | Ctrm: 4 |
| Defendant. ) | Hon. Lawrence J. O'Neill |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the Sentencing Hearing regarding this matter may be continued from 8:00 a.m. on Friday, October 15, 2010 to 1:30 p.m. on Friday, November 12, 2010.

The parties further agree that the following deadlines underlying the above sentencing hearing likewise be extended as follows: (1) U.S. Probation's Presentence Investigation Report ("PSR") available to defense counsel by Friday, October 8, 2010; (2) defendant's informal objections to the PSR, if any, due to U.S. Probation and the U.S. Attorney's Office by Friday, October 22, 2010; and (3) defendant's formal objections to the PSR, if

1

1  any, filed with the court and served on U.S. Probation and the
2  U.S. Attorney's Office by Friday, November 5, 2010.
3      This stipulation is based on good cause.  Specifically,
4  Tulare County District Attorney's Office Investigator Brandon
5  Hall, who is the lead investigator regarding this case, has been
6  out of state for (what counsel for the United States understands
7  to be) the past two weeks and is not scheduled to return to the
8  office until Tuesday, September 7, 2010.  Counsel for the United
9  States further understands U.S. Probation would like to discuss
10 various aspects of this case with Investigator Hall prior to
11 finalizing his report, and is unable to do so until he returns to
12 the office.  In addition, this matter involves sensitive and
13 relatively complex aggravating and mitigating matters worthy of
14 careful analysis and consideration prior to the report's
15 issuance.  This stipulated continuance will therefore conserve
16 time and resources for both parties and the court, and enable
17 everyone to properly prepare for this matter's sentencing.

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: September 3, 2010    By: Brian W. Enos_____
                            BRIAN W. ENOS
                            Assistant U.S. Attorney

                            (As auth. 9/3/10)

Dated: September 3, 2010    /s/ Katherine Hart_____
                            KATHERINE HART
                            Attorney for Defendant

26 ///
27 ///
28 ///

2

**ORDER**

**Good Cause exists for the continuance, as outlined in the stipulation.  The requested continuance is therefore granted.**

IT IS SO ORDERED.

**Dated:   September 7, 2010**                          /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE