ERNEST S. KINNEY #207234
Attorney at Law
2014 TULARE ST., STE. 300
Fresno, CA  93721
Telephone: (559) 905-1259
Email: Eskinneylaw@gmail.com

Attorney for Defendant STEVEN RAY MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN RAY MILLER<br>Defendant. | No.  1:10-CR-00245-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ERNEST S. KINNEY AS ATTORNEY OF RECORD AND ORDER** |

On 5-11-2023, an order re PETITION FOR VIOLATION OF SUPERVISED RELEASE was signed by Judge Thurston. CJA Panel Attorney Ernest S. Kinney was appointed as trial counsel to represent Mr. Steven Miller on 5-15-2023 in his criminal case. Mr. Steven Miller was sentenced [pursuant to a plea agreement] on 8-7-2023. The time for filing a direct appeal was 8-21-2023. No direct appeal was filed.  Mr. Steven Miller was in custody at sentencing / Mr. Miller self-surrendered to the Bureau of Prisons as directed on 8-7-23. The trial phase of Mr. Steven Miller's criminal case has, therefore, come to an end.   Having completed his/her representation of Mr. Steven Miller. CJA attorney Ernest S. Kinney now moves to terminate his appointment under the Criminal Justice Act.

Should Mr Steven Miller require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  October 25, 2023                                    Respectfully submitted,

/s/Ernest S. Kinney
Attorney for
Defendant, Steven Miller

### ORDER

Having reviewed the notice and found that attorney Ernest S. Kinney has completed the services for which he was appointed, the Court hereby grants attorney Ernests S. Kinney's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Steven Miller at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Steven Miller 7033929/2320979
Fresno County Jail
P.O. Box 872
Fresno, CA  93721

IT IS SO ORDERED.

Dated:   **October 31, 2023**                         /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE