PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>STEVEN RAY MILLER,<br>　　　　　　　　　Defendant. | CASE NO. 1:10-CR-00245-JLT<br><br>STIPULATION TO VACATE PRELIMINARY HEARING; ORDER<br><br>DATE: April 11, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

　　　United States of America, by and through its counsel of record, Assistant United States Attorney Brittany M. Gunter, and defendant Steven Ray Miller, by and through defendant's counsel of record, Ernest Scott Kinney, hereby stipulate as follows:

　　　1.　By previous order, this matter was set for a preliminary hearing on April 11, 2024, and a status conference on April 24, 2024. ECF 52.

　　　2.　By this stipulation, the parties request that the Court vacate the preliminary hearing set on April 11, 2024.

　　　3.　The defendant intends to waive his right to a preliminary hearing at the status conference on April 24, 2024. The parties anticipate a resolution will be reached before the status conference.

///

///

STIPULATION TO VACATE PRELIMINARY HEARING; ORDER

1

4. Accordingly, the parties request that the Court vacate the preliminary hearing setting on April 11, 2024.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 8, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ BRITTANY M. GUNTER<br>BRITTANY M. GUNTER<br>Assistant United States Attorney |
| Dated:  April 8, 2024 | /s/ ERNEST SCOTT KINNEY<br>ERNEST SCOTT KINNEY<br>Counsel for Defendant |

## ORDER

IT IS ORDERED that the preliminary hearing set for April 11, 2024, is hereby vacated.

IT IS SO ORDERED.

Dated: 4/8/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE