PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00245-JLT |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE; |
| v. | |
| STEVEN RAY MILLER, | |
| Defendant. | |

United States of America, by and through its counsel of record, Assistant United States Attorney Brittany M. Gunter, and defendant Steven Ray Miller, by and through defendant's counsel of record, Ernest Scott Kinney, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on April 24, 2024. ECF 52.

2. By this stipulation, the parties now move to continue the status conference until May 15, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defense counsel is not available for the status conference on April 24, 2024, as currently set. The defense counsel also needs additional time to discuss the case with the defendant and to discuss potential resolution with the government and probation.

   b) Neither the government nor the defendant objects to continuing the status conference until May 15, 2024.

///

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

1

4. Accordingly, the parties request that the Court continue the status conference to May 15, 2024.

IT IS SO STIPULATED.

Dated:  April 15, 2024                         PHILLIP A. TALBERT
                                               United States Attorney

                                               /s/ BRITTANY M. GUNTER
                                               BRITTANY M. GUNTER
                                               Assistant United States Attorney

Dated:  April 15, 2024                         /s/ ERNEST SCOTT KINNEY
                                               ERNEST SCOTT KINNEY
                                               Counsel for Defendant

**ORDER**

IT IS ORDERED that the status conference currently set for April 24, 2024, is hereby continued to **May 15, 2024, at 2:00 PM before the duty magistrate judge**.

IT IS SO ORDERED.

Dated: April 15, 2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE